```
1  GILBERT, KELLY, CROWLEY & JENNETT LLP
   VANESSA H. HUBERT, Bar No. 128138
2  1055 West Seventh Street, Suite 2000
   Los Angeles, California 90017-2577
3  Telephone: (213) 580-7000
   Facsimile: (213) 580-7100
4
   Attorneys for Defendants
5  ENVIRONMENTAL CHEMICAL CORPORATION DBA
   ECC REMEDIATION SERVICES, and ECC
6  INTERNATIONAL (collectively referred to as "ECC)
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| RITA DUNHAM, | Case No. C06-003389 JSW |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF ATTORNEY FOR DEFENDANTS** |
| ENVIRONMENTAL CHEMICAL CORPORATION, ECC, ECC INTERNATIONAL, AND ECC REMEDIATION SERVICES (collectively referred to as "ECC") and DOES 1-20, , | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that defendants ENVIRONMENTAL CHEMICAL CORPORATION dba ECC REMEDIATION SERVICES and ECC INTERNATIONAL (collectively referred to as "ECC") substitutes Jeffrey Tanenbaum, Esq. of Nixon Peabody LLP, Two Embarcadero Center, Suite 2700, San Francisco, California 94111, telephone number (415)984-8200 and facsimile number (415)984-8300, as attorney of record in the place and stead of Gilbert, Kelly, Crowley & Jennett.

| | | |
|---|---|---|
| 1 | Dated: August 31, 2006 | GILBERT, KELLY, CROWLEY & JENNETT LLP |

By: _/s/ Vanessa H. Hubert_
VANESSA H. HUBERT
Attorneys for Defendants
ENVIRONMENTAL CHEMICAL
CORPORATION dba ECC REMEDIATION
SERVICES and ECC INTERNATIONAL
(collectively referred to as "ECC")

**IT IS SO ORDERED**
/s/ Jeffrey S. White
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: September 5, 2006

---

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 1055 West Seventh Street, Suite 2000, Los Angeles, California 90017-2577. I am employed in the County of Los Angeles, State of California, where this service occurs. I am over the age of 18 and not a party to the within action.

On September 1, 2006, following ordinary business practice, I served a true copy of the within document(s) described as:

NOTICE OF SUBSTITUTION OF ATTORNEY FOR DEFENDANTS

on the interested parties in this action as stated on the attached mailing list.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 1, 2006, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

LISA D. BRAHAM
(Type or print name)        (Signature)

| | |
|---|---|
| 1 | **<u>SERVICE LIST</u>** |
| 2 | DAVID A. LEVY, ESQ. |
|   | MELISSA M. HOLMES, ESQ. |
| 3 | LAW OFFICES OF DAVID A. LEVY |
|   | 800 AIRPORT BLVD., SUITE 314 |
| 4 | BURLINGAME, CALIFORNIA 94010 |