1  Jeffrey M. Tanenbaum, (State Bar No. 897897)
   Eric K. Larson (State Bar Number: 142791)
2  Rosalyn P. Mitchell (State Bar No. 173829)
   NIXON PEABODY LLP
3  Two Embarcadero Center, Suite 2700
   San Francisco, CA 94111-3996
4  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
5
   Attorneys for Defendants
6  ENVIRONMENTAL CHEMICAL CORPORATION DBA
   ECC, ECC, ECC INTERNATIONAL, and
7  ECC REMEDIATION SERVICES

8

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

11

12 | RITA DUNHAM,                          | Case No. C06-003389 JSW
13 |                 Plaintiff,             | **MISCELLANEOUS ADMINISTRATIVE REQUEST FOR CONTINUANCE OF**
14 |     vs.                                | **SEPTEMBER 29, 2006 JOINT CASE MANAGEMENT CONFERENCE AND**
15 | ENVIRONMENTAL CHEMICAL                 | **DECLARATION OF ROSALYN P. MITCHELL IN SUPPORT THEREOF;**
   | CORPORATION, ECC, ECC                  |
16 | INTERNATIONAL, AND ECC REMEDIATION    | [PROPOSED] ORDER
   | SERVICES and DOES 1-20,                |
17 |                                        | **CIVIL LOCAL RULE 7-11**
   |                 Defendants.            |
18 |                                        | Dept.:    2
   |                                        | Judge: Hon. Jeffrey S. White
19 |                                        |
   |                                        | Trial Date: None Set
20 |                                        | Complaint Filed:   April 14, 2006

21

22     Defendants ENVIRONMENTAL CHEMICAL CORPORATION, ECC, ECC

23 INTERNATIONAL, AND ECC REMEDIATION SERVICES (collectivey "ECC") hereby

24 respectfully submit this Miscellaneous Administrative Request and Declaration of Rosalyn P.

25 Mitchell as follows:

26     I, Rosalyn P. Mitchell, declare:

27     1.    I am an attorney, duly licensed to practice law before the courts of the State of

28 
MISCELLANEOUS ADMINISTRATIVE REQUEST FOR
POSTPONEMENT OF SEPTEMBER 29, 2006 CASE
MANAGEMENT CONFERENCE PURSUANT TO CIVIL
LOCAL RULE 7-11; CASE NO. C06-003389 JSW                                        10131434.2

California and the United States District Court of the Northern District of California, and I am of counsel with Nixon Peabody LLP, counsel for defendants ENVIRONMENTAL CHEMICAL CORPORATION, ECC, ECC INTERNATIONAL, AND ECC REMEDIATION SERVICES (collectively referred to as "ECC"). I have personal knowledge of the facts contained herein, and, if called upon to testify, could and would competently testify thereto.

2. By way of this Miscellaneous Administrative Request, I and ECC request a 30 day continuance of the September 29, 2006 Joint Case Management Conference.

4. There is good cause for this request. My firm substituted into this case five days ago, on September 14, 2006. The continuance is necessary to allow us to evaluate the issues, claims, and defenses, to prepare the initial disclosures and prepare for the Joint Case Management Conference.

5. On on September 18, 2006, I had a telephone call with Melissa Holmes and David Levy, counsel for plaintiff Rita Dunham. I asked Ms. Holmes and Mr. Levy to stipulate to a continuance of the Joint Case Management Conference for the reasons explained in the preceding paragraph. They said no.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration is executed this 19th day of September, 2006 at San Francisco, California.

_____
Rosalyn P. Mitchell

Good cause appearing therefore, IT IS HEREBY ORDERED that the Joint Case Management Conference shall be continued to December 15 [Month] __, 2006. at 1:30 p.m.
An updated Joint Case Management Statement shall be due December 8, 2006.
IT IS SO ORDERED.

Dated: September 26, 2006

_____
United States District Court Judge

MISCELLANEOUS ADMINISTRATIVE REQUEST FOR
POSTPONEMENT OF SEPTEMBER 29, 2006 CASE
MANAGEMENT CONFERENCE PURSUANT TO CIVIL
LOCAL RULE 7-11; CASE NO. C06-003389 JSW

-2-

10131434.2