Jeffrey M. Tanenbaum, (State Bar No. 897897)
Eric K. Larson (State Bar Number: 142791)
Rosalyn P. Mitchell (State Bar No. 173829)
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendants
ENVIRONMENTAL CHEMICAL CORPORATION DBA
ECC, ECC, ECC INTERNATIONAL, and
ECC REMEDIATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

RITA DUNHAM,

Plaintiff,

vs.

ENVIRONMENTAL CHEMICAL CORPORATION, ECC, ECC INTERNATIONAL, AND ECC REMEDIATION SERVICES and DOES 1-20,

Defendants.

Case No. C06-003389 JSW

**MISCELLANEOUS ADMINISTRATIVE REQUEST TO SCHEDULE HEARING FOR MOTION TO STAY ON DECEMBER 1, 2006 AND DECLARATION OF ROSALYN P. MITCHELL IN SUPPORT THEREOF; ~~[PROPOSED]~~ ORDER**

**CIVIL LOCAL RULE 7-11**

Dept.: 2
Judge: Hon. Jeffrey S. White

Trial Date: None Set
Complaint Filed: April 14, 2006

Defendants ENVIRONMENTAL CHEMICAL CORPORATION, ECC, ECC INTERNATIONAL, AND ECC REMEDIATION SERVICES (collectively "ECC") hereby respectfully submit this Miscellaneous Administrative Request and Declaration of Rosalyn P. Mitchell as follows:

I, Rosalyn P. Mitchell, declare:

1. I am an attorney, duly licensed to practice law before the courts of the State of California and the United States District Court of the Northern District of California, and I am of

MISCELLANEOUS ADMINISTRATIVE REQUEST TO SCHEDULE HEARING FOR MOTION TO STAY ON DECEMBER 1, 2006 AND DECLARATION OF ROSALYN P. MITCHELL IN SUPPORT THEREOF; ~~[PROPOSED]~~ ORDER; CASE NO. C06-003389 JSW

10172020.1

counsel with Nixon Peabody LLP, counsel for defendants ENVIRONMENTAL CHEMICAL CORPORATION, ECC, ECC INTERNATIONAL, AND ECC REMEDIATION SERVICES (collectively referred to as "ECC"). I have personal knowledge of the facts contained herein, and, if called upon to testify, could and would competently testify thereto.

2. By way of this Miscellaneous Administrative Request, ECC requests that the Court set the hearing on ECC's Motion to Stay on December 1, 2006.

3. There is good cause for this request. A December 1, 2006 hearing date is necessary because a ruling on ECC's motion to stay should be made before the date for the parties initial disclosures and before the case management conference in this case which is set for December 15, 2006.

4. On or about September 12th, my secretary reviewed the court's on-line calendar for Judge White to determine which dates were available for ECC's Motion to Stay. At the time, one of the hearing dates available was December 1, 2006. My secretary then contacted Jennifer Ottolini to reserve that date and she was informed that we should include the hearing date of our choice on the papers when the motion was filed. Thereafter, there was a miscommunication between me and my secretary. I understood the December 1 hearing date to be reserved and I calendared October 27 as the filing date for the motion to stay. The motion to stay will be filed and served by mail today and ECC has therefore provided the sufficient required notice for a hearing date of December 1. My secretary checked the court's calendar today and, according to the Court's on-line calendar, the December 1, 2006 hearing date is no longer available.

5. David Levy, counsel for plaintiff Rita Dunham, does not object to a December 1, 2006 hearing date for ECC's motion to stay.

6. Alternatively, ECC requests that the court continue the December 15, 2006 hearing date for the Case Management Conference to a date 30 days after the hearing on ECC's Motion to Stay.

///

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration is executed this 27th day of October, 2006 at San Francisco, California.

By: /s/ Rosalyn P. Mitchell
Rosalyn P. Mitchell

Good cause appearing therefore, IT IS HEREBY ORDERED that the hearing for ECC's Motion to Stay Proceeding shall take place on ~~December 1, 2006~~. January 12, 2007 at 9:00 a.m. The Case Management Conference (and related deadlines) is continued to February 16, 2007 at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 31, 2006

United States District Court Judge

MISCELLANEOUS ADMINISTRATIVE REQUEST TO SCHEDULE HEARING FOR MOTION TO STAY ON DECEMBER 1, 2006 AND DECLARATION OF ROSALYN P. MITCHELL IN SUPPORT THEREOF; ~~[PROPOSED]~~ ORDER
CASE NO. C06-003389 JSW

-3-

10172020.1