IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA DUNHAM,

    Plaintiff,

v.

ENVIRONMENTAL CHEMICAL CORPORATION, ECC, ECC INTERNATIONAL, AND ECC REMEDIATION SERVICES (collectively referred to as "ECC") and DOES 1-20,

    Defendants.

No. C 06-03389 JSW

**ORDER REFERRING MATTER TO MAGISTRATE JUDGE**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to either Magistrate Judge Elizabeth Laporte or Magistrate Judge Joseph C. Spero for all purposes including trial and entry of judgment. The Court HEREBY VACATES the current trial date and related deadlines, to be reset by the assigned Magistrate Judge.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

**IT IS SO ORDERED.**

Dated: February 26, 2007

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE

cc: Wings Hom