1  Jeffrey M. Tanenbaum, (State Bar No. 897897)
   Eric K. Larson (State Bar Number: 142791)
2  Rosalyn P. Mitchell (State Bar No. 173829)
   NIXON PEABODY LLP
3  Two Embarcadero Center, Suite 2700
   San Francisco, CA 94111-3996
4  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
5
   Attorneys for Defendants
6  ENVIRONMENTAL CHEMICAL CORPORATION DBA
   ECC, ECC, ECC REMEDIATION SERVICES, and ECC
7  INTERNATIONAL

8

9                  UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

11

12 | RITA DUNHAM,                          | Case No. C06-003389 JCS

13 |                         Plaintiff,

14 |        vs.                            | **STIPULATION FOR MENTAL EXAMINATION**

15 | ENVIRONMENTAL CHEMICAL
   | CORPORATION, ECC, ECC
16 | INTERNATIONAL, AND ECC REMEDIATION
   | SERVICES and DOES 1-20,
17 |
   |                         Defendant.
18

19

20        Plaintiff Rita Dunham and defendant Environmental Chemical Corporation, et al., by and

21 through their attorneys of record, herby stipulate that Plaintiff Rita Dunham will submit to a mental

22 examination pursuant to Federal Rule of Civil Procedure § 35(b)(3).

23

24        IT IS SO STIPULATED

25

26

27

28

STIPULATION FOR MENTAL EXAMINATION                                                    10330490.2
Case No. 06-cv-3389-JCS

1    DATED: March 7, 2007                                NIXON PEABODY LLP

2

3                                              By: /s/ Rosalyn Mitchell
                                                   ROSALYN P. MITCHELL
4                                                  Attorneys for Defendants ECC, et. al.

5

6

7    DATED: March 7, 2007                             LAW OFFICE OF DAVID A. LEVY

8

9                                              By: /s/ David A. Levy
                                                   DAVID A. LEVY
10                                                 Attorneys for Plaintiff, RITA DUNHAM

11

12

13

14   Dated:  March 7, 2007

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION FOR MENTAL EXAMINATION               -2-                          10330490.2
Case No. 06-CV-3389-JCS