UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA DUNHAM ) )     Plaintiff(s), ) )   v. ) ) ENVIRONMENTAL CHEMICAL CORP., ) )     Defendant(s). ) | No. C06-3389 JCS (BZ) **NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: April 5, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\DUNHAM.RECUSAL.wpd

1