David A. Levy (SBN 77181)
LAW OFFICES OF DAVID A. LEVY
800 Airport Boulevard, Suite 314
Burlingame, California 94010
Tel:     (650) 524-0440
Fax:    (650) 348-1400

Attorneys for Plaintiff
RITA DUNHAM

Jeffrey M. Tanenbaum, (State Bar No. 897897)
Eric K. Larson (State Bar Number: 142791)
Rosalyn P. Mitchell (State Bar No. 173829)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendants
ENVIRONMENTAL CHEMICAL CORPORATION DBA
ECC, ECC, ECC REMEDIATION SERVICES, and ECC
INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| RITA DUNHAM,<br><br>                  Plaintiff,<br><br>        vs.<br><br>ENVIRONMENTAL CHEMICAL CORPORATION; ECC; ECC INTERNATIONAL; ECC REMEDIATION SERVICES; and DOES 1-20,<br><br>                  Defendants. | Case No. C06-003389 JSC<br><br>[~~PROPOSED~~] **ORDER EXTENDING CERTAIN PRETRIAL DEADLINES** AND BRIEFING SCHEDULE FOR HEARING ON DISPOSITIVE MOTIONS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY ORDERED that:

1. Pretrial deadlines be extended by approximately 30 days. Non-expert discovery shall be completed by July 13, 2007; the last day for expert disclosures shall be July 30, 2007, and expert discovery shall close on August 14, 2007.

2. The hearing on dispositive motions shall be continued to Friday, September 7, 2007 at 9:00 a.m.

3. The pretrial conference date (November 16, 2007 at 1:30 p.m.) and jury trial date (November 26, 2007 at 8:30 a.m.) shall remain unchanged.

~~DATED: _____          _____~~
~~U.S. Magistrate Judge Joseph C. Spero~~

IT IS HEREBY FURTHER ORDERED THAT dispositive motions shall be filed by July 27, 2007. Opposition memorandum shall be filed by August 10, 2007, and reply brief shall be filed by August 17, 2007, with oral argument on the motion, and a further case management conference set for Friday, September 7, 2007 at 9:30 a.m.

IT IS SO ORDERED AS MODIFIED.

Dated: May 10, 2007



[PROPOSED] ORDER EXTENDING CERTAIN PRETRIAL
DEADLINES; CASE C06-003389 JCS

-2-

10561211.1