

NIXON PEABODY LLP
ATTORNEYS AT LAW

One Embarcadero Center
18th Floor
San Francisco, California 94111-3600
(415) 984-8200
Fax: (415) 984-8300

Rosalyn P. Mitchell
Direct Dial: (415) 984-8405
E-Mail: rmitchell@nixonpeabody.com



June 19, 2007

Chief Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102-3483

Re:   *Rita Dunham vs. Environmental Chemical Corporation, et al.*,
      U.S. District Court, Northern District, Case No. C06-003389 JCS

Dear Judge Larson:

The parties in the above-referenced matter have agreed to continue the settlement conference scheduled in the above-referenced matter to **July 31, 2007** at **2:00 p.m.** before Your Honor. Settlement conference statements will be submitted on or before **July 24th**.

Thank you.

Sincerely,

Rosalyn P. Mitchell

cc:   David Levy, Esq.

10625318.1

WWW.NIXONPEABODY.COM