800 Airport Boulevard, Suite 314
Burlingame, CA 94010
Tel: (650) 524-0440
Fax: (650) 348-1400



**Law Offices of David A. Levy**



**FILED**

JUL 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| To: | Judge Larsen | | |
|---|---|---|---|
| Fax: | (415) 522-4021 | Phone: | (415) 522-2112 |
| From: | David A. Levy | Date: | July 20, 2007 |
| Re: | *Rita Dunham vs. ECC* C-06-03389 JCS | Pages: | 1 page (Including Cover Sheet) |

√ Urgent   √ For Review

● Comments:

**Re: Case Settlement**

Dear Judge Larsen,

The parties settled this case this afternoon. Therefore, we are requesting that you vacate the Mandatory Settlement Conference scheduled for July 31st at 2:00 p.m. On behalf of all counsel and parties, thank you for your assistance, as well as the courtesy and cooperation of your staff.

David A Levy

cc: Rosalyn Mitchell, Esq. (opposing counsel)

**SO ORDERED**

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE