1   Jeffrey M. Tanenbaum, (State Bar No. 897897)
    Rosalyn P. Mitchell (State Bar No. 173829)
2   David A. Kolek (State Bar No. 245330)
    NIXON PEABODY LLP
3   One Embarcadero Center, 18th Floor
    San Francisco, CA 94111-3600
4   Telephone: (415) 984-8200
    Facsimile: (415) 984-8300
5
    Attorneys for Defendants
6   ENVIRONMENTAL CHEMICAL CORPORATION DBA
    ECC, ECC, ECC REMEDIATION SERVICES, and ECC
7   INTERNATIONAL

8

9                    UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

11

12  RITA DUNHAM,                              | Case No. C06-003389 JCS

13                        Plaintiff,

                                              **STIPULATION OF DISMISSAL OF**
14          vs.                               **PLAINTIFF'S SECOND CAUSE OF**
                                              **ACTION FOR FALSE IMPRISONMENT,**
15  ENVIRONMENTAL CHEMICAL                    **AND PLAINTIFF'S WRONGFUL**
    CORPORATION, ECC, ECC                     **TERMINATION CLAIM BASED ON AN**
16  INTERNATIONAL, AND ECC REMEDIATION        **ALLEGED VIOLATION OF 31 U.S.C.§§**
    SERVICES and DOES 1-20,                   **3729 *ET SEQ.* WITH PREJUDICE**
17
                          Defendants.
18                                            The Honorable Magistrate Joseph C. Spero

19

20

21          Defendants ENVIRONMENTAL CHEMICAL CORPORATION, ECC, ECC

22  INTERNATIONAL, AND ECC REMEDIATION SERVICES (hereinafter collectively referred to as

23  "ECC") and Plaintiff RITA DUNHAM, through undersigned counsel, and pursuant to Rule 41(a)(1)

24  of the Federal Rules of Civil Procedure, hereby stipulate and jointly move the Court to enter an Order

25  dismissing with prejudice the following causes of action from Plaintiff's First Amended Complaint

26  ("FAC"):

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE                                          10655546.1
(Case No. 06-cv-3389-JCS)

1     1. <u>Second Cause of Action (All Defendants)- False Imprisonment: (FAC ¶¶ 28-30)</u>- The

2    parties agree and hereby stipulate that Plaintiff's entire cause of action for false imprisonment shall

3    be dismissed with prejudice.

4     2. The parties agree and hereby stipulate that any portion of any of Plaintiff's causes of

5    action predicated on allegations that ECC engaged in illegal billing practices and/or violated 31

6    U.S.C. § 3729 *et seq.* and numerous other rules and statutes related to billing the government for

7    services not provided" shall be dismissed with prejudice.

8     3. The parties agree that neither the fact that the claims were brought nor that the claims

9    were dismissed shall be admissible at trial.

10    Each party to the Stipulation of Dismissal shall bear its own attorneys' fees and costs as to

11    prosecution or defense of these claims.

12    RESPECTFULLY SUBMITTED this __19__ day of July 2007.

13

14    IT IS SO STIPULATED.

15

16

17    DATED: July, **19**, 2007            LAW OFFICES OF DAVID A. LEVY

18                                       By: _____

19                                       DAVID A. LEVY
                                           Attorneys for Plaintiff RITA DUNHAM

20

21    DATED: July, _19_, 2007            NIXON PEABODY LLP

22

23

24                                         By: <u>/s/ Rosalyn P. Mitchell</u>
                                       ROSALYN P. MITCHELL

25                                       Attorneys for Defendants ECC, et al.

26

27

28

1    Pursuant to the stipulation by and between the parties hereto, (1) Plaintiff's cause of action for

2    false imprisonment shall be dismissed with prejudice and (2) any portion of any of Plaintiff's causes

3    of action predicated on allegations that ECC engaged in illegal billing practices and/or violated 31

4    U.S.C. § 3729 *et seq.* and numerous other rules and statutes related to billing the government for

5    services not provided" shall be dismissed with prejudice.

6

7    IT IS SO ORDERED.

8

9

10   _____          Dated: ___July 23, 2007_____
     HONORABLE JOSEPH C. SPERO

11   UNITED STATES CHIEF MAGISTRATE
     JUDGE

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

**CASE NAME: Dunham v. ECC, et al.**
**COURT:         USDC - Northern District of CA**
**CASE NO.:      C06-003389 JCS**

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, CA 94111.

On July 19, 2007, I served the following document(s):

**STIPULATION OF DISMISSAL OF PLAINTIFF'S SECOND CAUSE OF ACTION FOR FALSE IMPRISONMENT AND PLAINTIFF'S WRONGFUL TERMINATION CLAIM BASED ON AN ALLEGED VIOLATION OF 31 U.S.C.§§ 3729 *ET SEQ.* WITH PREJUDICE**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

 X  : <u>By First-Class Mail</u> — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____: <u>By Personal Service</u> — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____: <u>By Overnight Courier</u> — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____: <u>By Facsimile</u> — From facsimile number  at A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

<u>Addressee(s)</u>

David A. Levy, Esq.                                    Attorneys for Plaintiff
Law Offices of David A. Levy
800 Airport Blvd., Suite 314
Burlingame, CA  94010
T:  (650) 524-0440
F:  (650) 348-1400

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2007, at San Francisco, California.

_____
Cara M. Kim

STIPULATION OF DISMISSAL WITH PREJUDICE                    -4-                    10655546.1
(Case No. 06-cv-3389-JCS)