| | |
|---|---|
| 1 | David A. Levy (State Bar No. 77181) |
| 2 | LAW OFFICES OF DAVID A. LEVY<br>800 Airport Boulevard, Suite 314 |
| 3 | Burlingame, California 94010<br>Tel:   (650) 524-0440 |
| 4 | Fax:  (650) 348-1400 |
| 5 | Attorneys for Plaintiff<br>RITA DUNHAM |
| 6 | |
| 7 | Rosalyn P. Mitchell (State Bar No. 173829)<br>NIXON PEABODY LLP |
| 8 | One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3996 |
| 9 | Telephone: (415) 984-8200<br>Facsimile: (415) 984-8300 |
| 10 | Attorneys for Defendants |
| 11 | ENVIRONMENTAL CHEMICAL CORPORATION DBA<br>ECC, ECC, ECC REMEDIATION SERVICES, and ECC |
| 12 | INTERNATIONAL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| RITA DUNHAM, | Case No. C06-003389 JCS |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| ENVIRONMENTAL CHEMICAL CORPORATION, ECC, ECC INTERNATIONAL, AND ECC REMEDIATION SERVICES and DOES 1-20, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned matter has settled and may be dismissed with prejudice pursuant to FRCP 41(a)(1).

///

STIPULATION OF DISMISSAL  CASE NO. C06-003389 JCS

Dated: August 6, 2007          By: _____/s/_____
                                   DAVID A. LEVY
                                   Attorney for Plaintiff RITA DUNHAM

Dated: August __, 2007         By: _____/s/_____
                                   ROSALYN P. MITCHELL
                                   Attorneys for Defendants
                                   ENVIRONMENTAL CHEMICAL CORPORATION
                                   DBA ECC, ECC, ECC REMEDIATION SERVICES,
                                   and ECC INTERNATIONAL

Dated: August 8, 2007

*IT IS SO ORDERED*
/s/ Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND PROPOSED ORDER          -2-          Case No. C06-003389 JCS
EXTENDING CERTAIN PRETRIAL
DEADLINES